## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

SAMUEL H. WILLIAMS,         )
                                               )
        Plaintiff,         )
                                             )
        v.               )          No. 4:15-CV-434-SPM
                                             )
UNKNOWN DONALD, et al.,     )
                                             )
        Defendants.      )

## MEMORANDUM AND ORDER

This matter is before the Court on review of Samuel H. Williams' motion for leave to proceed in forma pauperis [Doc. #2]. For the following reasons, the motion will be denied and this action will be dismissed, without prejudice.

Plaintiff is an inmate at the Eastern Reception Diagnostic and Correctional Center. He initially filed this action on or about March 9, 2015, and applied for in forma pauperis status. It appears that plaintiff has filed at least three previous cases that were dismissed as frivolous, malicious, or for failure to state a claim.[1] As such, under 28 U.S.C. § 1915(g), plaintiff is not entitled to proceed in forma pauperis unless he was "under imminent danger of serious physical injury" at the time the complaint was filed. *See Martin v. Shelton*, 319 F.3d 1048, 1050 (8th Cir. 2003)

---

[1]*See Williams v. Russell*, No. 4:11-CV-611-RWS (E.D. Mo.); *Williams v. Russell*, No. 4:11-CV-1590-RWS (E.D. Mo.); *Williams v. Saublel*, No. 2:08-CV-4218-NKL (W.D. Mo.).

(imminent danger of serious physical injury must exist at the time the complaint is filed).

After reviewing the complaint, the Court finds no allegations indicating that plaintiff was in imminent danger of serious physical injury when he filed this action on or about March 9, 2015. In fact, plaintiff states, "I do not have no medical problems at this time." In addition, plaintiff's factual allegations are incoherent and delusional and fail to state a claim or cause of action under § 1983. He states, for instance, "they or [sic] trying to kill me because of my legal actions on the State of Missouri and they family [sic] number from Mexico that is running all over the United States calling themselves [sic] white people from Mexico." For these reasons, the Court will deny plaintiff's motion for in forma pauperis status and will dismiss this action without prejudice to refiling as a fully paid complaint.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff''s motion for leave to proceed in forma pauperis [Doc. #2] is **DENIED.**

**IT IS FURTHER ORDERED** that this action is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(g).

A separate Order of Dismissal shall accompany this Memorandum and

Order.

Dated this 17th day of March, 2015.


                                        /s/ Jean C. Hamilton
                                        UNITED STATES DISTRICT JUDGE